UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JEREMIAH FINLEY (#398420)

VERSUS                                          CIVIL ACTION

THERMAN MCMORRIS, ET AL                         NUMBER 12-33-JJB-SCR

**RULING**

On January 23, 2012, the plaintiff was ordered within 15 days to correct deficiencies in the pleadings. Specifically, the plaintiff was advised that all parties to the suit must be listed exactly the same in the caption and in Part III of the complaint form.

On January 30, 2012, the service copy of the deficiency notice was returned undelivered. On February 7, 2012, a second deficiency notice was sent to the plaintiff. On February 17, 2012, the plaintiff filed an amended complaint.

Despite notification of the need to correct the deficiencies in the pleadings, the plaintiff failed to correct the deficiencies in the complaint. It is unclear from the complaint who the plaintiff intended to name as defendants to the suit.

Therefore, this action shall be dismissed without

prejudice for failure to correct deficiencies in the pleadings.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, February 22nd, 2012.

---

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE